Harry WARD, Individually, and On Behalf of Arkansans To Protect Police, Libraries, Education & Services *v.* Sharon PRIEST, Secretary of State; Karl Kimball, Gerhard Langguth, and Jeff Cantwell, Individually, and on Behalf of the Arkansas Libertarians Eliminating Regressive Taxes (ALERT) d/b/a Committee to Axe the Food Tax

02-954                                      86 S.W.3d 383

Supreme Court of Arkansas
Opinion delivered September 20, 2002

*Williams & Anderson*, by: *Jeff Askew, III*, for intervenors.

No response.

P ER CURIAM. ■ We grant Intervenors' Motion to Intervene.

Intervenors' briefing schedule will be the same as Respondent's. Intervenors' response is due on October 7, 2002.

There will be no reply brief.

THORNTON, J., not participating.